MARGARET BOYLE et al., Respondents, *v.* SABRA LAWTON et al., Appellants.

(Submitted April 26, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made the first Tuesday of January, 1886, which affirmed an order of Special Term denying a motion to set aside the taxation and allowance of plaintiffs' costs.

*James G. Johnson* for appellants.

*Ansley & Davie* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Order affirmed.

---

THOMAS C. CLARK, Appellant, *v.* JOSEPH BLUMENTHAL et al., Respondents.

(Argued April 26, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 3, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial without a jury.

*Gilbert R. Hawes* for appellant.

*Joseph Ullman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.